# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Mario Vega Villegas, | CASE NUMBER: |
| aka Jorge Vega Villegas, | |
| and | **08-0015M** |
| Jose Luis Vega Villegas | |

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __September 27, 1998__ in __Los Angeles__ County in the __Central__ District of __California__, defendant(s) did,

willfully, knowingly and unlawfully travel in interstate commerce from the State of California to Mexico, with the intent to avoid prosecution for the crime of Murder, Assault with a Deadly Weapon, and Criminal Conspiracy, in violation of the California Penal Code sections 187, 245(a)(1), and 182(a)(1), respectively, felonies in the State of California, for which Mario Vega Villegas and Jose Luis Vega Villegas were charged in arrest warrant numbers POMKA04259101 and POMKA04259102, issued by the Superior Court of Los Angeles, County of Los Angeles, on November 24, 1998, in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

(SEE ATTACHMENT)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Michael J. DePasquale
Special Agent - FBI

Sworn to before me and subscribed in my presence,

January 4, 2008 at Los Angeles, California
Date                                                    City and State

**ALICIA G. ROSENBERG**
**UNITED STATES MAGISTRATE JUDGE**
Name & Title of Judicial Officer                        Signature of Judicial Officer

I, Michael J. DePasquale, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, for the past four years, being duly sworn, hereby declare:

1. On April 18, 2006, I was advised by Detective Mike Dossey, Pomona Police Department("PPD"), Homicide, of the following facts:

   a. On September 27, 1998, at approximately 11:50 p.m., Mario Vega Villegas, Jose Luis Vega Villegas and Jorge Vega Villegas (brothers) attacked Victor Hernandez, Jr. and Cecil Jackson. The brothers believed that Hernandez and Jackson punctured the tire of a friend's truck after visiting Manuella Rojero, to invite her to a party at Hernandez's house. Mario Vega Villegas, Jose Luis Vega Villegas and Jorge Vega Villegas went to Hernandez's house in Pomona, California, and attacked Hernandez and Jackson in the street. Mario Vega Villegas stabbed Hernandez with a knife. Hernandez was transported to the hospital where he succumbed to his injuries. Jose Luis Vega Villegas struck Jackson with a baseball bat. Jackson was treated for a broken hand. Mario Vega Villegas, Jose Luis Vega Villegas and Jorge Vega Villegas returned to Manuella Rojero's apartment.

   b. Armando Reveles, a friend of the brothers, was inside Manuella Rojero's apartment when Mario Vega Villegas, Jose Luis Vega Villegas and Jorge Vega Villegas returned from the crime scene. When they entered the apartment they repeatedly told Reveles, "Lets go." When Reveles asked them what the problem was, Mario Vega Villegas said, "Don't ask." On the way back, Mario Vega Villegas was cleaning blood off a knife. Armando Reveles did not ask any other questions. Jose Luis Vega Villegas drove himself, his two brothers, and Reveles to the brothers' residence in Reseda, California. They spent the night. In the morning, Jose Luis Vega Villegas and Mario Vega Villegas were picked up by an unknown individual driving a white truck. To date, friends and family members advised PPD investigators that they have not seen Mario Vega Villegas, Jose Luis Vega Villegas or Jorge Vega Villegas in the Los Angeles area.

2. On November 24, 1998, the Superior Court of Los Angeles, County of Los Angeles, issued warrant numbers POMKA04259101, POMKA04259102 and POMKA04259103, charging Mario Vega Villegas, Jose Luis Vega Villegas and Jorge Vega Villegas with Murder, Assault with a Deadly Weapon, and Criminal Conspiracy, in violation of California Penal Code sections 187, 245(a)(1), and 182(a)(1), respectively. These crimes are felonies in the State of California.

3. On September 30, 1998, PPD Detectives served a search warrant at the brothers' residence in Reseda, California. At the time, Herlinda Perez, the aunt of Mario Vega Villegas, Jose Luis Vega Villegas and Jorge Vega Villegas, also resided at the location. She advised PPD detectives that Mario Vega Villegas, Jose Luis Vega Villegas and Jorge Vega Villegas moved out from the location on September 27, 1998. She did not know to where they moved. The last time she saw the three brothers was when they left the residence on September 27, 1998 (the night of the murder). Furthermore, detectives located property (for example, articles of clothing and other personal effects) belonging to Mario Vega Villegas, Jose Luis Vega Villegas and Jorge Vega Villegas that indicated to the detectives that the brothers left in a hurry.

records from September to October 1998 for the land-line telephone at the brothers' residence in Reseda, California. On September 29, 1998, a call was made from this location to the home telephone number of Mario Vega Villegas, Jose Luis Vega Villegas and Jorge Vega Villegas's maternal grandmother in the town of Calera de Victor Rosales, Zacatecas, Mexico. This was the town in which all three brothers were born and many of their family members currently reside.

5. In January 2007, an FBI informant located Mario Vega Villegas and Jose Luis Vega Villegas in the town of Calera de Victor Rosales, Zacatecas, Mexico. Subsequent interviews with friends and neighbors indicated that the two brothers have been living and working in the town for some time. In fact, on January 1, 2000, Jose Vega Villegas was arrested by Mexican authorities in the town of Calera de Victor Rosales, Zacatecas, Mexico for fighting. Work identification cards for Mario Vega Villegas and Jose Luis Vega Villegas were obtained. Mario Vega Villegas' work identification card indicated that he was using an alias - namely, that of his brother Jorge Vega Villegas. Jorge Vega Villegas was not located in Mexico.

6. On January 2, 2008, the Los Angeles County District Attorney's Office agreed to seek Mario Vega Villegas's and Jose Luis Vega Villegas's extradition and, along with the PPD, have asked the FBI for assistance in locating Mario Vega Villegas and Jose Luis Vega Villegas in Mexico and returning them to the United States.

7. Based on the foregoing and my experience in conducting fugitive investigations, I believe that there is probable cause that Mario Vega Villegas and Jose Luis Vega Villegas fled the state of California with the intent to avoid prosecution for the crimes of Murder, Assault with a Deadly Weapon and Criminal Conspiracy.

MICHAEL J. DEPASQUALE
Special Agent-FBI

Subscribed and sworn to before me
on this 4th day of January, 2008

Alicia J. Rosenberg
UNITED STATES MAGISTRATE JUDGE